LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
TRAVIS C. STUDDARD
Nevada Bar No. 16454
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:         (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com
tstuddard@kcnvlaw.com

*Attorneys for Defendants*
*Las Vegas Metropolitan Police Department,*
*Kyle Cruz, Oscar Cardenas, Jack Wilwert*
*Christopher Cunningham and Jason Olson*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IVY CALVIN and DENNIS JAMES, as Legal Guardians of DONALD MITCHELL; IVY CALVIN, individually, <br><br> Plaintiff, <br><br> vs. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a municipal corporation; C/O K. CRUZ, induvial and official capacity; C/O O. CARDENAS, individual and official capacity; C/O J. WILWERT, individual and official capacity; C/O C. CUNNINGHAM, individual and official capacity; SGT. OLSEN, individual and official capacity; C/O ALLEN, individual and official capacity; DOES I8-XX, individually; and ROE BUSINESS ENTITIES I-V, corporations <br><br> Defendants. | Case No.:   2:26-cv-01838-RFB-MDC <br><br><br> **STIPULATION, REQUEST AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT** <br><br> (First Request) |

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.

Page 1 of 3

Defendants, Las Vegas Metropolitan Police Department, Officer K. Cruz, Officer O. Cardenas, Officer J. Wilwert, Officer C. Cunningham and Sgt. Olson ("LVMPD Defendants") through counsel, Kaempfer Crowell, and Plaintiffs, Ivy Calvin, Dennis James and Donald Mitchell ("Plaintiffs"), by and through their counsel, Claggett and Sykes Law Firm and Lagomarsino Law, hereby respectfully submit this Stipulation, Request and Order Extending Time to Answer or Otherwise Respond to Plaintiffs' Complaint (the "Stipulation"). This Stipulation is made in accordance with LR IA 6-1 and LR IA 6-2 of the Local Rules of this Court. This is the first request for an extension of time to file an answer or otherwise respond to Plaintiffs' Complaint.

Plaintiffs filed their Complaint in the Eighth Judicial District Court on May 12, 2026. The LVMPD Defendants were served on May 27, 2025, and timely removed the case to this Court on June 17, 2026. [ECF No. 1]. The current deadline for the LVMPD Defendants to respond to the Complaint is June 24, 2026. The Complaint in this matter is 52 pages, contains 228 separate paragraphs and names seven (7) total Defendants. Counsel for the LVMPD Defendants requires some additional time to review the case and prepare a responsive pleading given the extent of the allegations in the Complaint.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

6943.

Page 2 of 3

Upon agreement by and between all the parties hereto as set forth herein, the undersigned respectfully requests this Court grant an extension of time, up to and including Wednesday, July 1, 2026, for the LVMPD Defendants to file an answer or otherwise respond to Plaintiffs' Complaint. By entering into this Stipulation, none of the parties waive any rights they have under statute, law or rule with respect to Plaintiffs' Complaint.

DATED this 24th day of June, 2026.

KAEMPFER CROWELL

By:  /s/ *Lyssa S. Anderson*
LYSSA S. ANDERSON (5781)
KRISTOPHER J. KALKOWSKI (14892)
TRAVIS C. STUDDARD (16454)
1980 Festival Plaza Drive, # 650
Las Vegas, Nevada 89135

***Attorneys for Defendants***
***Las Vegas Metropolitan Police***
***Department, Kyle Cruz, Oscar Cardenas,***
***Jack Wilwert, Christopher Cunningham***
***and Jason Olson***

CLAGGETT & SYKES LAW FIRM

By:  /s/ *Austin T. Barnum*
SEAN K. CLAGGETT (8407)
AUSTIN T. BARNUM (15174)
4101 Meadows Lane, #100
Las Vegas, NV 89107

-and-

LAGOMARSINO LAW
ANDRE M. LAGOMARSINO (6711)
TAYLOR N. JORGENSEN (16259)
3005 W. Horizon Ridge Pkwy., #241
Henderson NV 89052

***Attorneys for Plaintiff***

**ORDER**

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

Dated:   June 25, 2026

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

6943.

Page 3 of 3