LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
TRAVIS C. STUDDARD
Nevada Bar No. 16454
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com
tstuddard@kcnvlaw.com

***Attorneys for Defendants***
***Las Vegas Metropolitan Police Department,***
***Kyle Cruz, Oscar Cardenas, Jack Wilwert***
***Christopher Cunningham, Jason Olson and Eric Allen***

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IVY CALVIN and DENNIS JAMES, as Legal Guardians of LONALD MITCHELL; IVY CALVIN, individually,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a municipal corporation; C/O K. CRUZ, induvial and official capacity; C/O O. CARDENAS, individual and official capacity; C/O J. WILWERT, individual and official capacity; C/O C. CUNNINGHAM, individual and official capacity; SGT. OLSEN, individual and official capacity; C/O ALLEN, individual and official capacity; DOES I8-XX, individually; and ROE BUSINESS ENTITIES I-V, corporations<br><br>Defendants. | Case No.: 2:26-cv-01838-RFB-MDC<br><br>**SUBSTITUTION OF ATTORNEYS** |

DAN MCNUTT and MATTHEW WOLF of the McNUTT LAW FIRM hereby substitute

as attorneys for Defendants, Las Vegas Metropolitan Police Department, Officer Kyle Cruz, Officer Oscar Cardenas, Officer Jack Wilwert, Officer Christopher Cunningham, Officer Eric Allen, and Sgt. Jason Olson ("LVMPD Defendants") in the above-entitled action, in place of Lyssa Anderson, Esq., Kristopher Kalkowski, Esq., and Travis C. Studdard, Esq. of the law firm of KAEMPFER CROWELL.

DATED this 8th day of September, 2026.

McNUTT LAW FIRM

By: */s/ Matthew Wolf*
DAN McNUTT (Nevada Bar No. 7815)
MATTHEW WOLF (Nevada Bar No. 10801)
11441 Allerton Park Drive, #100
Las Vegas, Nevada 89135

***Attorneys for Defendants***
***Las Vegas Metropolitan Police Department,***
***Kyle Cruz, Oscar Cardenas, Jack Wilwert***
***Christopher Cunningham, Jason Olson and Eric Allen***

DATED this 8th day of September, 2026.

We hereby consent to the substitution.

LVMPD Defendants

By: _/s/*Matthew Christian*
Name: Matthew Christian
Assistant General Counsel for Las Vegas
Metropolitan Police Department

/ / /

/ / /

/ / /

We hereby agree to the substitution of McNUTT LAW FIRM as attorneys for the LVMPD Defendants.

DATED this 8th day of September, 2026.

KAEMPFER CROWELL

By: */s/ Lyssa Anderson*

LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
TRAVIS C. STUDDARD
Nevada Bar No. 16454
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

**ORDER**

IT IS SO ORDERED.

Hon. Maximiliano D. Couvillier III
UNITED STATES MAGISTRATE JUDGE

DATED: September 9, 2026